AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

__Central__  District of  __California__

| | |
|---|---|
| EVOX Productions LLC | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Midjourney, Inc. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.  2:26-cv-8408

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Midjourney, Inc.
Attn. Corporate Office
611 Gateway Blvd., Suite 120
South San Francisco, CA 94080-7066

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Susman Godfrey LLP
Rohit Nath (rnath@susmangodfrey.com)
Michael Adamson (madamson@susmangodfrey.com)
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Phone: 310.789.3100

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                _CLERK OF COURT_


Date:  _____        _____

                                                                _Signature of Clerk or Deputy Clerk_