CLEARY GOTTLIEB STEEN & HAMILTON LLP
ANGELA L. DUNNING (212047)
adunning@cgsh.com
151 University Avenue
Palo Alto, CA 94304-1632
Telephone: 650-815-4131
Facsimile: 650-815-4199

*Counsel for Defendant Midjourney, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVOX PRODUCTIONS LLC,<br>Plaintiff,<br>v.<br>MIDJOURNEY, INC.,<br>Defendant. | Case No. 2:26-CV-08048-JAK-E<br>**CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT MIDJOURNEY, INC.**<br>Before: Hon. John A. Kronstadt |

Pursuant to FED. R. CIV. P. 7.1, Defendant Midjourney, Inc. ("Midjourney") by and through its undersigned counsel, hereby states that it does not have a parent corporation and further states that no publicly held corporation owns 10% or more of its stock.

Dated: September 4, 2026

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

*/s/ Angela L. Dunning*

Angela L. Dunning (212047)
151 University Avenue
Palo Alto, CA 94304-1632
Tel: (650) 815-4131
Email: adunning@cgsh.com

*Counsel for Defendant Midjourney, Inc.*