**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EVOX PRODUCTIONS LLC,

Plaintiff,

v.

MIDJOURNEY, INC.,

Defendant.

Case No. 2:26-CV-08408-JAK-E

**ORDER RE JOINT STIPULATION REGARDING SCHEDULE FOR DEFENDANT MIDJOURNEY, INC.'S FORTHCOMING MOTION TO DISMISS THE COMPLAINT (DKT. 25)**

Based on a review of the Joint Stipulation Regarding Schedule for Defendant Midjourney Inc.'s Forthcoming Motion to Dismiss the Complaint ("Stipulation"), Dkt. 25, sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation is **APPROVED**. The briefing schedule for Defendant's Motion to Dismiss is set as follows:

| EVENT | CURRENT DATE/DEADLINE | NEW DATE/DEADLINE |
|---|---|---|
| Last day for Defendant to file response to the Complaint | September 28, 2026 | October 5, 2026 |
| Last day for Plaintiff to file opposition to Defendant's Motion to Dismiss | October 12, 2026 | November 2, 2026 |
| Last day to file reply in support of Defendant's Motion to Dismiss | October 19, 2026 | November 16, 2026 |
| Motion to Dismiss Hearing | | December 7, 2026, at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: September 28, 2026

John A. Kronstadt
United States District Judge