# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EVOX PRODUCTIONS LLC

Plaintiff,

vs.

MIDJOURNEY, INC.

Defendant.

Case No. 2:26-cv-08408-JAK (Ex)

**ORDER RE JOINT STIPULATION REGARDING SCHEDULE FOR RULE 16(b)/26(f) CONFERENCE (DKT. 31)**

Based on a review of the Joint Stipulation Regarding Schedule for Rule 16(b)/26(f) Conference ("Stipulation"), Dkt. 31, sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The following dates and deadlines are set regarding the Rule 16(b)/26(f) Conference:

| **EVENT** | **DEADLINE** |
|---|---|
| Last day for the parties to confer on a discovery plan | November 16, 2026 |
| Last day for Plaintiff to file Joint Rule 16(b)/26(f) Report | November 27, 2026 |
| Rule 16(b)/26(f) Conference | December 7, 2026, at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: November 20, 2026

JOHN A. KRONSTADT
United States District Judge